UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | Master File No. 1:11-md-02262-NRB |
| THIS DOCUMENT RELATES TO:<br><br>Principal Financial Group, Inc., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Bank of America Corporation, et al.,<br><br>Defendants. | Civil Action Nos. 13-cv-6014-NRB (S.D.N.Y.), 15-cv-9792-NRB (S.D.N.Y.), 13-cv-00335 (S.D. Iowa)<br><br>**Stipulation And Order Of Dismissal With Prejudice of Deutsche Bank AG and Deutsche Bank Securities, Inc. Pursuant To F.R.C.P. 41(a)** |

IT IS HEREBY STIPULATED AND AGREED between all Plaintiffs and defendants Deutsche Bank AG and Deutsche Bank Securities, Inc. (collectively, "Deutsche Bank"), that all of Plaintiffs' claims against Deutsche Bank only are hereby dismissed with prejudice from the direct actions *Principal Financial Group, Inc., et al. v. Bank of America Corporation, et al.*, Nos. 13-cv-00335 (S.D. Iowa), 13-cv-6014 (S.D.N.Y.), and 15-cv-9792 (S.D.N.Y.), pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, without interest to any party and with each party to bear its own attorneys' fees and costs.

Dated: September 12, 2022

_____
K. Craig Wildfang
Thomas J. Undlin
Stacey P. Slaughter
Geoffrey H. Kozen
ROBINS KAPLAN LLP
800 LaSalle Ave. #2800
Minneapolis, MN 55410
(612) 349-8500
kcwildfang@robinskaplan.com
tundlin@robinskaplan.com
sslaughter@robinskaplan.com
gkozen@robinskaplan.com

*Attorneys for All Plaintiffs*

_____
Elizabeth M. Sacksteder
Aidan Synnott
Hallie S. Goldblatt
PAUL, WEISS, RIFKIND, WHARTON
   & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000
esacksteder@paulweiss.com
asynnott@paulweiss.com
hgoldblatt@paulweiss.com

*Attorneys for Defendants Deutsche Bank AG and Deutsche Bank Securities, Inc.*

**SO ORDERED:**

Dated:

September 13, 2022
_____

_____
Hon. Naomi Reice Buchwald
United States District Judge